Case 2:12-cr-00820-KM   Document 21   Filed 06/21/21   Page 1 of 1 PageID: 132

| PROB 22 (SCP Rev. 3/13) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 2:12CR820-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Vito Grippo | New Jersey | Newark |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Kevin McNulty, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 6/24/2020 | TO 6/24/2025 |

**OFFENSE**

Count 1: Conspiracy to Commit Wire Fraud

Counts 2 and 3: Making and Subscribing False Tax Return

TRUE AND CERTIFIED COPY
Jackeline Barco
9:19 am, Jun 22 2021

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF New Jersey

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ South Carolina _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 3/16/2021 | /s/ Kevin McNulty |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF South Carolina

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 3/18/2021 | s/ Mary Geiger Lewis |
|---|---|
| Effective Date | United States District Judge |

## Transfer Documents
2:12-cr-00820-KM USA v. GRIPPO **CASE CLOSED on 07/02/2013**

CLOSED

RECEIVED USDC CLERK, COLUMBIA, SC
2021 JUN 28 PM 12:27

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 6/22/2021 at 9:06 AM EDT and filed on 6/21/2021
**Case Name:**        USA v GRIPPO
**Case Number:**      2:12-cr-00820-KM
**Filer:**
**Docume t Number:** 21

**Docket Text:**
**TRANSFER OF JURISDICTION FOR SUPERVISED RELEASE sent to DISTRICT OF SOUTH CAROLINA (Columbia) as to VITO C. GRIPPO. (JB, ).**

**2:12-cr-00820-KM-1 Notice has bee  electro ically mailed to:**

BOHDAN VITVITSKY    bohdan.vitvitsky@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

PATRICK N  MCMAHON    patrick_mcmahon@fd.org

**2:12-cr-00820-KM-1 Notice has bee  se t by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/22/2021] [FileNumber=15100944-0] [5dba8419c7655c8a2808734780595c71d5fcecb2e0c786ed200920dcca95fe4fb8 0493b0ff891dbc3bd2cb0060a127d2f11787aa589aa69c90df518f853aa906]]

# UNITED STATES DISTRICT COURT



**William T. Walsh**
Clerk

DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: NEWARK

June 21, 2021

United States District Court
District of South Carolina
Clerk's Office
901 Richard Street
Columbia, SC 29201

**Re: U.S.A. -v- VITO GRIPPO**
**Our Docket No. 2:12-cr-820-001-(KM)**
Your Docket No.

Dear Clerk:

A Transfer of Jurisdiction Order (Prob 22 form) has been filed with this District in the above-captioned case. This District considers the electronic record to be the original pursuant to Federal Rules of Criminal Procedure 49(d), Local Civil Rule 5.2 and paragraph 7 of the Court's Electronic Case Filing Policies and Procedures. The original records of this Court can be obtained by accessing CM/ECF through PACER. Kindly acknowledge receipt at your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By: S/JACKELINE BARCO
Jackeline Barco,
Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____.

DNJ-Crim-003(Rev. 09/06)

## Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

   - Reports
   - Docket Sheet
   - Enter Case Number in the following format: [14-613]
   - Run Report

   > To view a document from the docket sheet, click on the blue "underlined" document number;
   >
   > To download, click on File, Save a Copy and save to your specific directory;
   >
   > If the document does not have an underlined document number, it is either:
   >
   > - A text only entry and no document is attached, or
   > - An entry made prior to electronic case filing and the original is enclosed, or
   > - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

Camden - 866-726-0726 or 856-757-5285
Newark - 866-208-1405 or 973-645-5924
Trenton - 866-848-6059 or 609-989-2004

